The document below is hereby signed.

Signed: March 25, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
                  UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF COLUMBIA
```

| In re | ) | |
|---|---|---|
| | ) | Case No. 09-00234 |
| ESTATE OF MILDRED G. | ) | (Chapter 13) |
| ROBINSON, | ) | |
| | ) | **Not for Publication in** |
| Debtor. | ) | **West's Bankruptcy Reporter** |

MEMORANDUM DECISION DISMISSING CASE SUA SPONTE

A decedent's probate estate is not "an individual with regular income" as set forth in 11 U.S.C. § 109(e) and is therefore not eligible for relief under chapter 13 of the Bankruptcy Code.  See 11 U.S.C. § 109(e); Bunch v. Hopkins Savings Bank (In re Bunch), 249 B.R. 667, 668, 671 (Bankr. D. Md. 2000)(holding that a decedent's estate is not an individual eligible to file for relief under chapter 13); In re Jarrett, 19 B.R. 413, 414 (Bankr. M.D.N.C. 1982) (holding that deceased's probate estate is not an 'individual with regular income' as defined at 11 U.S.C. § 101(30), and is therefore not eligible for relief under chapter 13).  For this reason, the above-captioned case will be dismissed.  The court's order follows.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 13 Trustee

O:\TREG\Alex\Decision Dismissing Estate of Mildred Robinson Sua Sponte.wpd